FILED: August 26, 2022

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 22-1560
(A206-278-793)
_____

ADOLFO ACEVEDO IBARRA

        Petitioner

v.

MERRICK B. GARLAND, Attorney General

        Respondent

_____

O R D E R
_____

The court grants the motion to extend the briefing deadlines for the opening brief and appendix until August 25, 2022, and extends the briefing schedule as follows:

Response brief due: 09/26/2022

Any reply brief: 21 days from service of response brief.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk